IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03377-GPG

DARLENE GRIFFITH,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH, in his official capacity as executive director fo the Colorado
    Department of Corrections, and in his individual capacity,
ROGER WERHOLTZ, in his official capacity as executive director of the Department
    of Corrections and in his individual capacity,
TONY CAROCHI, in his official capacity as executive director of the Department
    of Corrections and in his individual capacity,
TOM CLEMENTS, in his official capacity as executive director of the Department
    of Corrections, and in his individual capacity, by and through his estate,
ARISTEDES ZAVARIS, in his official capacity as executive director of the Department
    of Corrections, and in his individual capacity,
JOE ORTIZ, in his official capacity as executive director of the Department
    of Corrections, and in his individual capacity, and
JOHN SUTHERS, in his official capacity as executive director of the Department
    of Corrections and in his individual capacity,

    Defendants.

---

## ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge and, if applicable, to a magistrate judge, D.C.COLO.LCivR 40.1(a). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

DATED December 15, 2014, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

---

GORDON P. GALLAGHER
United States Magistrate Judge