IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03377-KLM

DARLENE GRIFFITH,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISH, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,
ROGER WERHOLTZ, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,
TONY CAROCHI, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,
TOM CLEMENTS by the through his estate, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,
ARISTEDES ZAVARIS, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,
JOE ORTIZ, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,
JOHN SUTHERS, in his individual capacity and in his official capacity as executive director of the Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

**ENTERED BY KRISTEN L. MIX, UNITED STATES MAGISTRATE JUDGE.**

    This matter is before the Court on Plaintiff's **Motion to Voluntarily Dismiss Case Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** [#29][1] (the "Motion"). In the Motion, Plaintiff, who proceeds pro se, states that she "wishes to withdraw this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)." *Motion* [#29] at 1.

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**.

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that Plaintiff's claims are **DISMISSED without prejudice** as to all Defendants.

IT IS FURTHER **ORDERED** that Plaintiff's Motion for Appointment of Counsel [#17] and the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) [#20] are **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Clerk's Office shall close this case.

Dated: May 14, 2015